UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DANIEL MANIS,**

      **Plaintiff,**

v.                                                                   **Case No. 8:04-cv-960-T-MSS**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

      **Defendant.**

_____

## ORDER

    **THIS CAUSE** comes before the Court for consideration of Plaintiff's Petition for Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. Section 2412 (Dkt. 24) (the "Petition"). Plaintiff requests an award of attorney fees in the amount of $1,606.25 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Plaintiff's Petition informs the Court that Defendant has no objection to the requested payment.

    The Court, upon a review of Plaintiff's motion, finds that the attorney fees requested are reasonable and justified.

    Accordingly, Plaintiff's Petition (Dkt. 24) is **GRANTED**, and Plaintiff is awarded attorney fees in the amount of $1,606.25.

    **DONE** and **ORDERED** in Tampa, Florida this 13th day of July 2005.

    Copies furnished to:

    Counsel of Record

MARY S. SCRIVEN
United States Magistrate Judge